1 | MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KAREN D. BEAUSEY (CABN 155258)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (415) 436-6935
Fax: (415) 436-6982
E-Mail: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-00-40242 CW |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL; ORDER |
| v. | ) | |
| OSIEL MADRIZ ESCOBAR, | ) | OAKLAND VENUE |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Superseding Indictment without prejudice as to defendant OSIEL MADRIZ ESCOBAR and moves that the Court quash the arrest warrant issued in connection with the Superseding Indictment in this case.

DATED:                                                        Respectfully submitted,

                                                              MELINDA HAAG
                                                              United States Attorney


                                                              MIRANDA KANE
                                                              Chief, Criminal Division

ORDER

Leave is granted to the government to dismiss the Superseding Indictment as to defendant OSIEL MADRIZ ESCOBAR.  It is further ordered that the arrest warrant issued against defendant OSIEL MADRIZ ESCOBAR in connection with the Superseding Indictment is quashed.

Date: 1/25/2011

*[signature: Claudia Wilken]*
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT